FILED

2011 JUL 11  PM 4: 0 1

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CATHERINE SHIHAD,<br><br>        Defendant. | CR No. 11- **CR 11  0650**<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1):<br>Subscribing To A False Tax<br>Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about June 15, 2005, in Los Angeles County, within the Central District of California, and elsewhere, defendant CATHERINE SHIHAD ("defendant SHIHAD") did willfully make and subscribe a false United States Corporate Income Tax Return, Form 1120, on behalf of Universal Media Management, Inc. ("UMM"), for the tax year ending September 30, 2004 (the "2004 Tax Return"), which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about June 19, 2005, which return

1  defendant SHIHAD did not believe to be true and correct as to

2  every material matter.  Specifically, defendant SHIHAD reported

3  that UMM's total gross receipts for the tax year ending September

4  30, 2004 were $974,756, when, in truth and in fact, as defendant

5  SHIHAD then well knew and believed, UMM's total gross receipts

6  for the tax year ending September 30, 2004 were materially in

7  excess of $974,756.

8

9                          ANDRÉ BIROTTE JR.
                           United States Attorney
10

11                         ROBERT E. DUGDALE
                           Assistant United States Attorney
12                         Chief, Criminal Division

13                         BEONG-SOO KIM
                           Assistant United States Attorney
14                         Chief, Major Frauds Section

15                         ALKA SAGAR
                           Assistant United States
16                         Deputy Chief, Major Frauds Section

17                         ANGELA J. DAVIS
                           Assistant United States Attorney
18                         Major Frauds Section

19

20

21

22

23

24

25

26

27

28