1 | ANDRÉ BIROTTE, JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
ANGELA J. DAVIS
4 | Assistant United States Attorney
Major Frauds Section
5 | California Bar Number: 125845
      1100 United States Courthouse
6 |    312 North Spring Street
      Los Angeles, California 90012
7 |    Telephone: (213) 894-3456
      Facsimile: (213) 894-6269
8 | angela.davis@usdoj.gov
Attorney for Plaintiff
9 | United States of America

10 

11                     UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,       ) CR No. 011-650 SVW
                                    )
14 |               Plaintiff,       ) NOTICE OF POTENTIALLY RELATED
                                    ) CASE; DECLARATION OF ANGELA J.
15 |          v.                    ) DAVIS
                                    )
16 | CATHERINE SHIHAD,              )
                                    )
17 |               Defendant        )
                                    )
18 | _____ )

19 

20      In accordance with Local Rule 83-1.3, the government

21 | respectfully submits this Notice of Potentially Related Case,

22 | informing the Court that the above-captioned case, United States

23 | v. Shihad, CR 11-650 SVW, is potentially related to United States

24 | v. Macias, CR 11-651 MMM.

25      As described further in the attached Declaration of Angela

26 | J. Davis ("Davis decl."), the defendants in each of the forgoing

27 | cases ("Shihad" and "Macias," respectively) have entered into

28 | plea agreements with the government.  Defendant Shihad has

entered into a plea agreement pursuant to which she has agreed to enter a guilty plea to a one-count information, charging her with subscription to a false tax return, in violation of 26 U.S.C. § 7206(1), and defendant Macias has likewise entered into a plea agreement pursuant to which he has agreed to enter a guilty plea to a one-count information, charging him with subscription to a false tax return, in violation of 26 U.S.C. § 7206(1).  (Davis Decl. ¶ 2).

The informations filed and plea agreements executed in both the Macias and Shihad cases arise from a common investigation conducted by the Internal Revenue Service - Criminal Investigation Division.  (Davis Decl. ¶ 3).  In summary, and as is also reflected in the factual basis statements included in each of the Macias and Shihad cases, the investigation determined that, during 2003 and 2004, Shihad and Macias each served as officers and shareholders in Universal Media Management ("UMM"), an adult entertainment business with offices in Santa Fe Springs and Cerritos.  (Id.).  The investigation further determined that UMM conducted most of its business in cash and that, during the years in which they were associated with UMM, defendants Macias and Shihad each executed false tax returns.
(Id.; Macias Plea Agreement Ex. A, Shihad Plea Agreement Ex. A).
//
//
//
//
//
//

1    In sum, the <u>Macias</u> and <u>Shihad</u> cass arise from the same and

2  closely related series of transactions, as contemplated by Local

3  .Rule 83-1.3.1.

4  DATED:          September 9, 2011

5

6                    Respectfully submitted,

7                    ANDRÉ BIROTTE JR.
                     United States Attorney
8
                     ROBERT E. DUGDALE
9                    Assistant United States Attorney
                     Chief, Criminal Division
10

11

12  ANGELA J. DAVIS
    Assistant United States Attorney
13  Major Frauds Section
           Attorneys for Plaintiff
14         United States of AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28